

**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KATE F McMAHON**
*Assistant Corporation Counsel*
Rm: 3-313
Telephone: (212) 676-1875
Facsimile: (212) 788-9776
kmcmahon@law.nyc.gov

November 23, 2011

**VIA ECF**
Honorable Robert M. Levy
United States Magistrate Judge, EDNY
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Danell Nicholas v. City of New York et. al.</u>, CV 11-2371 (KAM)(RML)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendant City of New York. A telephone status conference has been scheduled for November 30, 2011 at 10:00 a.m. I have another court appearance at 10:30 a.m. on November 30, 2011 that I am afraid might conflict with the conference in this case. Accordingly, I am writing now to respectfully request an adjournment of this conference until December 13, 2011 at 4:00 p.m., as your clerk indicated that you have availability at that date and time. Plaintiff's counsel consents to this request.

      I thank the Court for its time and consideration of this request.

      Respectfully submitted,

      /s

      Kate McMahon
      Assistant Corporation Counsel
      Special Federal Litigation Division

cc:    Christopher Wright, Esq. (via ECF)